980 F.2d 723
 Jiffy Lube International, Inc., Jiffy Lube Intern. of
Maryland, Inc., Jiffy Lube Limited Partnership II,
Heritage Merchandising Co., Inc.
v.
Jiffy Lube of Pennsylvania, Inc., Elph Automotive Services,
Inc., Graeffe (Howard G., J. Peter) v. Jiffy Lube
Intern. of Tennessee, Inc., Pennzoil
Company, Pennzoil Products,
Inc., (Three Cases)
 NOS. 92-1142, 92-1285
 United States Court of Appeals,
Third Circuit.
 Oct 14, 1992
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.
 
 
 1
 AFFIRMED.